# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PACOMIO SALAMANCA CASTILLO,

                               Petitioner,

v.

                                               No. CIV 26-0365-JB/JMR

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of Homeland
Security;

ANGEL GARITE, in his official capacity as
Assistant Field Office Director of Enforcement
and Removal Operations, El Paso Field Office,
U.S. Immigration and Customs Enforcement;

MARY DE ANDA-YBARRA, in her official
capacity as Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, U.S. Immigration and Customs
Enforcement;

TODD LYONS, in his official capacity as
Acting Director and Senior Official Performing
the Duties of the Director of U.S. Immigration
and Customs Enforcement;

GEORGE DEDOS, in his official capacity as
Warden of the Cibola County Correctional
Center;

and

PAMELA BONDI, in her official capacity as
United States Attorney General,

                               Respondents.

## <u>ORDER FOR PETITIONER'S MOTION TO DISMISS WITHOUT PREJUDICE</u>

Before the Court is Petitioner's Motion to Dismiss without Prejudice. *See* Doc. 10.  After reviewing the record, the Court finds that dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a) is appropriate.  Petitioner is no longer in the custody of Respondents and has voluntarily returned to Mexico. Accordingly, Petitioner's motion is GRANTED and it is ORDERED that Petitioner's petition for writ of habeas corpus be DISMISSED without prejudice.

Signed this 24th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE